No. 96–498. HEIN ET UX. *v.* MCNEIL ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–598. NORRIS *v.* GIMMEL, WEIMAN, SAVITZ & KRON-THAL, P. A., ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 96–618. CHAVEZ *v.* CITY OF ARVADA. C. A. 10th Cir. Certiorari denied.

No. 96–619. CENTRA, INC., ET AL. *v.* GARAVAGLIA. Ct. App. Mich. Certiorari denied.

No. 96–625. DOAN *v.* SEAGATE TECHNOLOGY, INC.; and FURR ET AL. *v.* SEAGATE TECHNOLOGY, INC. C. A. 10th Cir. Certiorari denied.

No. 96–631. JOHNSON *v.* JUSTICES OF THE SUPREME COURT OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–632. NORTH AVENUE NOVELTIES, INC. *v.* CITY OF CHICAGO. C. A. 7th Cir. Certiorari denied.

No. 96–640. DAVIS *v.* HANOVER INSURANCE CO. App. Ct. Mass. Certiorari denied.

No. 96–644. FISCHBACH & MOORE, INC. *v.* PACIFIC GAS & ELECTRIC CO. C. A. 9th Cir. Certiorari denied.

No. 96–647. DEPARTMENT OF REVENUE OF FLORIDA ET AL. *v.* SHARE INTERNATIONAL, INC. Sup. Ct. Fla. Certiorari denied.

No. 96–648. EHREDT UNDERGROUND, INC. *v.* COMMONWEALTH EDISON CO. ET AL. C. A. 7th Cir. Certiorari denied.

No. 96–655. HANNAFORD BROS. CO. *v.* CIAMPI. Sup. Jud. Ct. Me. Certiorari denied.

No. 96–656. NATIONAL ASSOCIATION OF HOME BUILDERS OF THE UNITED STATES ET AL. *v.* CHESTERFIELD COUNTY. C. A. 4th Cir. Certiorari denied.